Carla G. McClurg, CSB# 227738
Office of the United States Trustee
620 SW Main Street, Room 213
Portland, OR 97205
Tel: (503) 326-7659

       Attorney for Gail Brehm Geiger, Acting United States Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Pacific Cargo Services, LLC,<br><br>Debtor. | Case No.  13-30439-tmb11<br><br>AMENDED NOTICE OF HEARING ON THE U.S. TRUSTEE'S MOTION TO CONVERT OR DISMISS CHAPTER 11 CASE<br><br>(Amended to include contact information for notice recipients to obtain Motion) |

    YOU ARE HEREBY NOTIFIED THAT A HEARING to consider and act on the U.S. Trustee's Motion to Convert or Dismiss Chapter 11 Case (the "Motion"), WILL BE HELD ON **August 2, 2013** AT **10:00 a.m.** IN **Courtroom 3, United States Bankruptcy Court, District of Oregon, 1001 SW Fifth Avenue, 7th Floor, Portland, OR 97204**.  Testimony may be offered and received, if admissible, at this hearing.

    A copy of the Motion will be provided to you upon request by contacting the U.S. Trustee at the following address, phone number, fax number, and email address: Office of the U.S. Trustee, 620 SW Main Street, Room 213, Portland, OR 97205 (503) 326-4000 (phone) (503) 326-7658 (fax) carla.mcclurg@usdoj.gov (email).

    DATED this 31st day of July 2013.

                                                    GAIL BREHM GEIGER
                                                    Acting U.S. Trustee for Region 18

                                                   /s/ Carla G. McClurg
                                                  Carla G. McClurg, CSB# 227738
                                                  Trial Attorney

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 31, 2013, I served a copy of the foregoing AMENDED NOTICE OF HEARING ON THE U.S. TRUSTEE'S MOTION CONVERT OR DISMISS CHAPTER 11 CASE on the parties included on the list in this case to receive ECF notice by filing the aforementioned notice with the court. A subsequent certificate of service regarding service by means other than via ECF filing will be filed.

                                                GAIL BREHM GEIGER  
                                                Acting U.S. Trustee for Region 18

                                                /s/ Carla G. McClurg  
                                                Carla G. McClurg, CSB# 227738  
                                                Trial Attorney